## BARTLETT v. McNEIL.

*Supplementary proceedings.*

Supplementary proceedings (Code, § 292) are not authorized in a judgment not *in personam.*

APPEAL by plaintiff, Charles W. Bartlett, from an order at the special term, allowing an amendment to the judgment-roll; also from an order denying a motion that the court fix a time for defendant, Alexander McNeil, to appear and be examined in supplementary proceedings.

*John H. Bergen,* for appellant.

*Beebe, Wilcox & Hobbs,* for respondent.

DAVIS, P. J.

The only point of interest passed upon is fully set forth in the head-note.

*Orders affirmed.*